J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone:   (206) 292-8930
Facsimile:   (206) 386-5130

René J. Gascou
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747<br><br>　　　　　Defendant. | No.<br><br>NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 |

TO:         CLERK OF THE COURT
AND TO:    Plaintiff
AND TO:    Julia M. I. Holden, Attorney for Plaintiff

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, American Automobile Insurance Company ("defendant") hereby remove the Third Judicial District at Anchorage Superior Court Action described below to the United States District Court of

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C.    Page 1
§1441

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone:   (206) 292-8930

Alaska. In support thereof, defendant states as follows:

1. MacDonald Miller Alaska, Inc. ("plaintiff") filed a civil action in the Third Judicial District at Anchorage Superior Court entitled *State of Alaska for the use And benefit of MacDonald Miller Alaska, Inc., an Alaska corporation v. American Automobile Insurance Company, Under Bond No. SCR 111 4161 5747*, Cause Number 3AN-06-6917 CI on or about April 13, 2006.

2. The action referred to above is a civil action for payment on a performance bond.

3. The action is one in which the United States District Court is given original jurisdiction by reason of diversity of citizenship and the requisite amount in controversy pursuant to Title 28 U.S.C. § 1332.

4. The original complaint in this matter was filed in the Third Judicial District at Anchorage Superior Court and alleges enforcement of a payment bond.

5. The suit is between plaintiff, MacDonald Miller Alaska, Inc., who is an Alasaka corporation, (Complaint ¶ 1) Defendant American Automobile Insurance Company is a privately held Missouri corporation. (Complaint ¶ 2)

6. Defendants have a good faith belief that the matter in controversy exceeds $75,000 exclusive of interest and cost. Plaintiff seeks in its complaint relief for (1) judgment against defendant, in the amount of $77,880.36, and (2) an award of actual attorney's fees and costs.

7. This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over plaintiff's claims had plaintiff elected to file the action initially in federal court. This Court is the United States District Court for the

1  district embracing the place where the state court action is pending, and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

8. As of the date of the filing of this Notice of Removal of Civil Action, 30 days have not elapsed from the time this matter first became removable. Defendant received service of Summons and Complaint via the Insurance Commissioner for the State of Alaska on or about April 17, 2006.

9. The process, pleadings, and orders served upon defendant in this action consists of the Summons and Complaint. True copies of these pleadings are attached hereto and by this reference incorporated herein.

10. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal of Civil Action are being served upon plaintiff's attorney and filed with the Alaska Superior Court Clerk of the Third Judicial District at Anchorage.

11. By filing this Notice of Removal, defendants do not waive, and it expressly reserves all rights, defenses, or objections of any nature that it may have to plaintiff's claims.

DATED this 15th day of May, 2006.

BULLIVANT HOUSER BAILEY PC

By _____
J. Dino Vasquez, Alaska Bar No. 0111083
E-Mail: dino.Vasquez@bullivant.com

Attorneys for Defendant American Automobile Insurance Company

3492098.1