IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

STATE OF ALASKA for the use and )
benefit of ANCHORAGE MILLWORK )
ALASKA, INC., an Alaska corp. )
_____ )
                    Plaintiff(s), )
vs.                               )
                                  )
AMERICAN AUTOMOBILE INSURANCE     )
COMPANY, under Bond No.           )
SCO 111 4161 5747                 )        CASE NO. 3AN- 06  6917 CIVIL
_____ )
                    Defendant(s). )
_____ )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: American Automobile Insurance Co., Bond # SCO 111 4161 5747

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Atkinson, Conway & Gagnon LLP whose address is: 725 E. 4th Ave., Suite 500, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge  GLEASON
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

4-13-06                               By: _____
Date                                      Deputy Clerk

I certify that on  4-13-06  a copy of this Summons was  [ ] mailed  [X] given to
[ ] plaintiff  [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order    [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS