J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone: (206) 292-8930
Facsimile: (206) 386-5130

René J. Gascou
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747,<br><br>　　　　　　　Defendant. | No.:<br><br>CERTIFICATION OF ATTORNEY |

　　J. Dino Vasquez, declares as follows:

　　1.　In accordance with Chapter 89 of Title 28 U.S.C., attached are true copies of all records filed in the Superior Court of the State of Alaska for the Third Judicial District at Anchorage, Cause No. 3AN-06-6917-CI.

　　2.　I declare under penalty of perjury under the laws of the United States of

1  America that the foregoing is true and correct.

2  DATED this 15th day of May, 2006, at Seattle, Washington.

4  *[signature]*
   J. Dino Vasquez

9  3492103.1

CERTIFICATION OF ATTORNEY                                    Page 2

Bullivant|Houser|Bailey PC
2300 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101-1618
Telephone: (206) 292-8930