Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Use-plaintiff
    MacDonald Miller Alaska, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747<br><br>Defendant. | Case No. 3AN-06-6917 CI |

COMPLAINT

Use-plaintiff MacDonald Miller Alaska, Inc.

("MacDonald Miller"), by and through its attorneys Oles Morrison

Rinker & Baker LLP, for its cause of action against defendant

American Automobile Insurance Company ("AAIC"), under Bond No. SCR 111 4161 5747, states as follows:

I. PARTIES, JURISDICTION, AND VENUE

1. MacDonald Miller Alaska, Inc. ("MacDonald Miller") is an Alaska corporation with its principal office and place of business located in Anchorage, Alaska. MacDonald Miller is a licensed Alaska corporation. MacDonald Miller has paid its biennial corporate tax in Alaska, filed its biennial report of the last reporting period, and otherwise performed all conditions precedent to the maintenance of this action.

2. On information and belief, American Automobile Insurance Company ("AAIC"), is a member of the Fireman's Fund Insurance Companies group. AAIC is surety surety which provided a payment bond in favor of E. Brown, Inc. DBA International Steel ("International Steel"), Bond No. SCR 111 4161 5747.

3. This court has jurisdiction over the parties hereto and the subject matter hereof by virtue of AS 09.05.015, AS 22.10.020 and AS 36.25.020.

4. The State of Alaska contracted with International Steel to design and construct a public building of the State of Alaska. The contract is known by the project number of 51995. This construction project is known by the name of the SOLDOTNA MAINTENANCE SHOP, located in Soldotna, Alaska. The contract for that project is not yet finally settled.

5. International Steel contracted with MacDonald Miller to supply certain engineering, labor, plant, equipment, and supervision necessary to furnish a plumbing and mechanical system for the SOLDOTNA MAINTENANCE SHOP in accordance with information and directions received from International Steel and/or the State of Alaska.

6. The value of International Steel's contract with MacDonald Miller exceeds $100,000. In compliance with AS 36.25.010, International Steel, as principal, and AAIC, as surety, executed a payment bond, Bond No. SCR 111 4161 5747, for the protection of certain persons supplying labor and material in the prosecution of the work provided for in International Steel's contract with the State of Alaska.

*MacDonald Miller Alaska, Inc. v. American Automobile Ins.*
Case No. 3AN-06-_____ CI
Complaint -- Page 3 of 5

7. International Steel contracted with MacDonald Miller to perform a specific part of the labor and material requirements of International Steel's contract with the State of Alaska. During the course of the project, International Steel increased MacDonald Miller's scope of work through direction and change orders.

8. MacDonald Miller provided labor and material as contracted and as directed during the project. International Steel failed to pay for a portion of that work, despite MacDonald Miller's repeated requests for payment.

9. AAIC, under Bond No. SCR 111 4161 5747, is obligated to MacDonald Miller for payment for the labor and materials supplied to the construction project in the full amount of $77,880.36.

WHEREFORE, MacDonald Miller prays for the following relief:

1. For judgment against AAIC, under Bond No. SCR 111 4161 5747, in the amount due of $77,880.36;

2. Pursuant to Art. 11.9 of the contract between International Steel and MacDonald Miller and Alaska R. Civ. P. 82, for an award of its actual attorney's fees and costs incurred in bringing and prosecuting this action; and

3. For such other and further relief as this court deems just and proper.

Dated: April 13, 2006

OLES MORRISON RINKER & BAKER LLP
Attorneys for MacDonald Miller Alaska, Inc.

By: _____
Julia M. I. Holden
Alaska Bar No. 0310046

P-JMH 001 COM ISE 041006 113580002

*MacDonald Miller Alaska, Inc. v. American Automobile Ins.*
Case No. 3AN-06-_____ CI
Complaint -- Page 5 of 5

STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT AND COMPLAINT IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE,

STATE OF ALASKA FOR THE USE AND BENEFIT OF MACDONALD MILLER ALASKA, INC., AN ALASKA CORPORATION,

VS

AMERICAN AUTOMOBILE INSURANCE COMPANY, UNDER BOND NO. SCR 111 4161 5747,

CASE NO. 3AN-06-6917 CI

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 17TH DAY OF APRIL, 2006.

In accordance with the provisions of AS 08.18.081, one copy of the document together with my certification is forwarded to you:

AMERICAN AUTOMOBILE INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Ariel Yadao
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this 17TH DAY
OF APRIL, 2006.