J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone:  (206) 292-8930
Facsimile:  (206) 386-5130

René J. Gascou
GASCOU HOPKINS LLP
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747,<br><br>　　　　　Defendant. | No.:<br><br>FRCP 7.1 DISCLOSURE STATEMENT |

In accordance with FRCP 7.1(a), American Automobile Insurance Company ("AAIC") states it is a nongovernmental corporate party to this action and discloses as follows:

☐ AAIC does not have a parent corporation.

☒ There is not a publicly held corporation that owns 10% or more of AAIC's stock.

OR

☒ The parent corporation of AAIC is Fireman's Fund Insurance Company, a

1  California corporation.

2  ☐ The following publicly held corporations own 10% or more of AAIC's stock:

3  1. ;

4  2. ;

5  3. .

6  ☒ AAIC does not have stock.

7

8  DATED this 15th day of May, 2006, at Seattle, Washington.

9                              BULLIVANT HOUSER BAILEY PC

10

11                              By /s/ José Dino Vasquez
                                J. Dino Vasquez, Alaska Bar No. 0111083
12                              E-Mail: dino.Vasquez@bullivant.com

13                              Attorneys for Defendant American Automobile
                                Insurance Company

14

15

16  3492095.1