J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone: (206) 292-8930
Facsimile: (206) 386-5130

René J. Gascou
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,

Plaintiff,

v.

AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747

Defendant.

**No. 3:06-cv-00114-TMB**
**Judge Burgess**

**ANSWER OF AMERICAN AUTOMOBILE INSURANCE COMPANY AND JURY DEMAND**

American Automobile Insurance Company, ("AAIC") responds to the allegations of MacDonald Miller Alaska, Inc., ("MacDonald Miller") complaint as follows:

## PARTIES, JURISDICTION, AND VENUE

1. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of MacDonald Miller's complaint, and therefore


Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

denies them.

2. AAIC admits the allegations in paragraph 2.

3. AAIC denies the allegations in paragraph 3. AAIC asserts the United States District Court is given original jurisdiction by reason of diversity of citizenship and the requisite amount in controversy pursuant to Title 28 U.S.C. §1332.

4. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of MacDonald Miller's complaint, and therefore denies them.

5. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of MacDonald Miller's complaint, and therefore denies them.

6. AAIC admits that it issued Bond No. SCR 111 4161 5747 with E. Brown dba International Steel as principal. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of MacDonald Miller's complaint, and therefore denies them.

7. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of MacDonald Miller's complaint, and therefore denies them.

8. AAIC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of MacDonald Miller's complaint, and therefore denies them.

9. The allegations in paragraph 9 are legal conclusions to which no responsive pleading is required. To the extent a response might be required, AAIC denies the allegations set forth in paragraph 9.



**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

## DEFENSES

AAIC further answers that MacDonald cannot recover, in whole or in part, for claims alleged in its complaint, as follows:

## FIRST AFFIRMATIVE DEFENSE

1. As and for a first, separate and distinctive affirmative defense to each and every allegation in the complaint on file herein, AAIC alleges, that MacDonald Miller's complaint and each count therein fail to state a claim on which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. As and for a first, separate and distinctive affirmative defense to each and every allegation in the complaint on file herein, AAIC alleges, that MacDonald Miller's complaint violates AS § 36.25.020 (c) of the Alaska Statutes in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

## THIRD AFFIRMATIVE DEFENSE

3. As and for a third, separate and distinctive affirmative defense to each and every allegation in MacDonald Miller's complaint, AAIC alleges that MacDonald Miller is barred from recovery by the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE

4. AAIC, as surety, adopts any and all defenses available to its principal, E. Brown dba International Steel. AAIC's liability as surety cannot exceed the liability of the principal by law.

## FIFTH AFFIRMATIVE DEFENSE

5. MacDonald Miller lacks standing to pursue an action under the bond.

## SIXTH AFFIRMATIVE DEFENSE

6. MacDonald Miller's claims are barred to the extent MacDonald Miller has failed to join necessary and indispensable parties.



Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

## SEVENTH AFFIRMATIVE DEFENSE

7. MacDonald Miller's claims may be barred in whole or in part by the acts, conduct and/or omissions of MacDonald Miller and/or its agents under the equitable doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

8. MacDonald Miller's claims may be barred in whole or in part by the acts, conduct and/or admissions of MacDonald Miller and/or its agent under the equitable doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

9. As and for a ninth separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC alleges that MacDonald Miller is barred from recovering certain items from its alleged damages that are beyond AAIC's legal obligations under the Payment Bond, including, but not limited, any obligations or damages arising under a separate, subsequent contract or novation, and any allegations or damages which do not pertain to the furnishing of labor and materials.

## TENTH AFFIRMATIVE DEFENSE

10. As and for a tenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes and thereon alleges that at the time and place of the incident in question, MacDonald Miller was guilty of carelessness and negligence in and about the matters set forth in its complaint, and that said carelessness and negligence on MacDonald Miller's part proximately caused and contributed to the occurrence of said incident, and the resulting damages alleged, if any. The liability of AAIC, if any, should be reduced to the extent of MacDonald Miller's negligence.

## ELEVENTH AFFIRMATIVE DEFENSE

11. As and for a eleventh, separate and distinct affirmative defense to each and every allegation in the complaint on file here, AAIC is informed and believe, and thereon



Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

alleges, that MacDonald Miller is barred from recovery as any labor or material supplied by MacDonald Miller was defective and not in conformance with the requirements for such materials, and required repair, modification and revision, with the result that AAIC, as surety for its principal, is entitled to an offset as determined with respect to the cost of repairing said defective materials against its liability, if any.

**TWELFTH AFFIRMATIVE DEFENSE**

12. As and for a twelfth, separate and distinct affirmative defense to each and every allegation in the complaint on file on herein, AAIC is informed and believes, and thereon alleges, that the loss to MacDonald Miller, if any, was occasioned by and as a result of its failure to comply with the terms of the alleged agreements between MacDonald Miller and the State of Alaska, and International Steel, and accordingly, AAIC is entitled to an offset with respect to such failure, against its liability, if any.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. As and for a thirteenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that MacDonald Miller's claim as set forth in its complaint therein, has before been paid and satisfied, in whole or in part by E. Brown dba International Steel or by third parties, and AAIC's liability, if any, is reduced in the amount of such payment.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. As and for a fourteenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that any agreements between MacDonald Miller and International Steel, either written or oral, and/or the payment bond that is the subject of MacDonald Miller's complaint, were subject to conditions precedent and/or antecedent and that such conditions have failed to occur, thereby extinguishing the liability of AAIC under the agreements at this time.



Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. As and for a fifteenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that AAIC and International Steel's obligations to MacDonald Miller are conditioned upon MacDonald Miller's prior satisfactory performance of those contract obligations to International Steel for which MacDonald Miller seeks payment; that because MacDonald Miller seeks to recover payment for its performance under the contract that did not meet contract requirements, AAIC and International Steel's conditional payment obligations never arose and, accordingly, AAIC has no liability under the payment bond.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. As and for a sixteenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that MacDonald Miller's complaint is barred on the grounds that the claims alleged therein have been released by MacDonald Miller.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. As and for a seventeenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that MacDonald Miller's complaint is barred on the grounds that the claims alleged therein have been discharged or satisfied by International Steel, through an accord and satisfaction.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. As and for an eighteenth, separate and distinct affirmative defense to each and every allegation in the complaint on file herein, AAIC is informed and believes, and thereon alleges, that MacDonald Miller's damages, if any, were due to the acts of third parties other than AAIC and AAIC's principal, including MacDonald Miller's suppliers, sub-contractors and consultants, and MacDonald Miller's claims are therefore subject to apportionment



Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

and/or reduction to that extent.

**NINETEENTH AFFIRMATIVE DEFENSE**

19. MacDonald Miller has failed and refused, and continues to fail and refuse, to take reasonable or adequate steps to mitigate, alter, reduce or otherwise diminish its damages, if any, suffered. By the reason of the foregoing, AAIC is exonerated, released and discharged from any obligations, if any, under the agreements alleged in the complaint and MacDonald Miller is barred from any recovery for such damage, if any.

**TWENTIETH AFFIRMATIVE DEFENSE**

20. MacDonald Miller is estopped from asserting the claims set forth in its complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. AAIC reserves the right to amend their answer to such additional defense and/or applicable conditions or limitations as may become apparent during the continuing course of its investigation, discovery and litigation in this action.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. MacDonald Miller is estopped from asserting the claims set forth in its complaint.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Section 8.2.5 of the subcontract between International Steel and MacDonald Miller contains a pay-when-paid clause. Payment to MacDonald Miller is only due after receipt thereof from the owner. AAIC is informed and believes, and thereon alleges, that payment to MacDonald Miller, if any, is not due because payment has not been made by the owner.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. AAIC reserves the right to amend its answer to such additional defense and/or applicable conditions or limitations as may become apparent during the continuing course of



**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

its investigation, discovery and litigation in this action.

## PRAYER

WHEREFORE, American Automobile Insurance Company prays for judgment as follows:

1. That MacDonald Miller take nothing by way of its complaint;
2. For costs of suit herein; and
3. For such other relief as the court may deem appropriate in equity.

## JURY DEMAND

Defendant American Automobile Insurance Company hereby demands a jury trial in this matter.

DATED this 22nd day of May, 2006.

BULLIVANT HOUSER BAILEY PC

By J. Dino Vasquez

J. Dino Vasquez, Alaska Bar No. 0111083
E-Mail: dino.Vasquez@bullivant.com

Attorneys for AAIC American Automobile Insurance Company



Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Julia M.I. Holden
Oles Morrison Rinker & Baker
745 W 4th Ave., Ste. 502
Anchorage, AK 99501

Kimberly A. Fergin

3492805.1



**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone: (206) 292-8930