```
      UNITED STATES
      DISTRICT COURT
       District of Alaska
       Anchorage Division

     #  00128281 - PS
         May 22, 2006


  Code    Case #    Qty      Amount

  6855XX-N 06-114            150.00 CK


       TOTAL→        150.00


  FROM: GASCOU HOPKINS LLP FOR
        RENE GASCOU
        PRO HAC VICE
        3:06-CV-00114
```