RECEIVED 5-22-06

J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone:  (206) 292-8930
Facsimile:   (206) 386-5130

René J. Gascou
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT
MAY 18 2006
By _____ Clerk of the Trial Courts
Deputy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747,<br><br>Defendant. | No.: 3:06-cv-00114 TMB<br><br>CERTIFICATE OF SUPERIOR COURT CLERK |

I, **Orantha Lloyd**, Clerk of the Superior Court of the State of Alaska for the Third Judicial District at Anchorage, do hereby certify that on the 18th day of May, 2006, defendant American Automobile Insurance Company in the above-entitled action, in the Superior Court of the State of Alaska for the Third Judicial District at Anchorage Cause No. 3AN-06-6917-CI filed a Notice of Removal to U.S. District Court and that annexed thereto is true and correct copy of Notice of Removal of Civil Action, with attachments thereto, as the same now appears on file and of record in this office.

IN WITNESS HEREOF, I have set and affixed my official seal of the Superior Court of the State of Alaska, Third Judicial District at Anchorage this 19 day of May, 2006.

_____

Typed Name: _____

Superior Court Clerk, Third Judicial District at Anchorage

3490965.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Julia M.I. Holden
Oles Morrison Rinker & Baker
745 W 4th Ave., Ste. 502
Anchorage, AK 99501

_____
Kimberly A. Fergin