Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD, MILLER ALASKA, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747,<br><br>      Defendant. | Case No. 3:06-cv-00114-TMB<br><br>FRCP 7.1 DISCLOSURE STATEMENT |

      Pursuant to Fed. R. Civ. P. 7.1, plaintiff MacDonald Miller Alaska, Inc. ("MacDonald Miller"), by and through counsel Oles Morrison Rinker & Baker LLP, states that MacDonald Miller is a corporation organized under the laws of the State of Alaska, with principal offices at 3105 Lakeshore Drive, Suite

1  B103, Anchorage, Alaska 99517.  MacDonald Miller is not publicly
2  held.
3
4  Dated:  May 30, 2006           OLES MORRISON RINKER & BAKER LLP
                                   Attorneys for MacDonald Miller
5                                     Alaska, Inc.
6                                  By: s/Julia M. I. Holden
7                                      Julia M. I. Holden
                                       holden@oles.com
8                                      Alaska Bar No. 0310046
                                       745 West 4th Avenue, Suite 502
9                                      Anchorage, AK 99501
                                       Phone: (907) 258-0106
10                                     Fax:   (907) 258-5519
11
12 P-JMH 003 FRCP 7.1 discl statement 052606 113580002
13
14          CERTIFICATE OF SERVICE

15 I hereby certify that on this 30th day of
   May, 2006, a true and correct copy of the
16 foregoing was served electronically on:

17 J. Dino Vasquez
   Bullivant Houser Bailey PC
18 dino.vasquez@bullivant.com
   1601 Fifth Ave., Ste. 2300
19 Seattle, WA 98101-1618

20 René J. Gascou
   Gascou Hopkins LLP
21 rgascou@gascouhopkins.com
   10990 Wilshire Blvd., Ste. 1280
22 Los Angeles, CA 90024

23 OLES MORRISON RINKER & BAKER LLP

24 By: s/Julia M. I. Holden

25

*MacDonald Miller Alaska, Inc. v. American Automobile Insurance Company*
Case No. 3:06-cv-00114-TMB
FRCP 7.1 Disclosure Statement -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519