DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

René J. Gascou
*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
Telephone: (310) 445-1816
Facsimile: (310) 445-1886

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747, <br><br> Defendant. | No.: 3:06-cv-00114 TMB <br> Judge Burgess <br><br><br> AMERICAN AUTOMOBILE INSURANCE COMPANY'S SCHEDULING AND PLANNING CONFERENCE REPORT |

1.  **Meeting.** In accordance with F.R.Civ.P. 26(f), counsel for American Automobile Insurance Company ("AAIC") attempted to arrange a meeting with counsel for plaintiff. AAIC placed telephone calls to Julia Holden on June 12, 16 and wrote e-mails on June 8, 2006. None were returned.

    AAIC recommends the following:

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

2.  **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    ____ have been exchanged by the parties

    __x_ will be exchanged by the parties by: *Date unknown*—defense counsel has been unable to contact plaintiff's counsel despite several attempts.

    Proposed changes to disclosure requirements: *None.*

    Preliminary witness lists

    ____ have been exchanged by the parties

    __x_ will be exchanged by the parties by: *Date unknown*—defense counsel has been unable to contact plaintiff's counsel despite several attempts.

3.  **Contested Issues of Fact and Law.** Preliminarily, AAIC expects the following issues of fact and/or law to be presented to the court at trial in this matter:

    1. Whether MacDonald Miller's complaint violates AS § 36.25. 020(c) of the Alaska Statues in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

    2. MacDonald Miller's negligence and defective work.

    3. MacDonald Miller's failure to comply with the terms of the construction contracts between MacDonald Miller and the State of Alaska, and International Steel.

    4. Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown dba International Steel.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 2

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

     5. Whether MacDonald Miller has satisfied conditions precedent to AAIC's payment bond obligations.

4.    **Discovery Plan.** In the absence of plaintiff's cooperation, AAIC proposes to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

      1. Whether MacDonald Miller's complaint violates AS § 36.25. 020(c) of the Alaska Statues in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

      2. MacDonald Miller's negligence and defective work.

      3. MacDonald Miller's failure to comply with the terms of the construction contracts between MacDonald Miller and the State of Alaska, and International Steel.

      4. Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown dba International Steel.

      5. Whether MacDonald Miller has satisfied conditions precedent to AAIC's payment bond obligations.

    B. All discovery commenced in time to be completed by ("discovery close date"): *Date unknown*—defense counsel has been unable to contact plaintiff's counsel despite several attempts.

    C. Limitations on Discovery.

      1. Interrogatories.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

    __x_ No change from F.R.Civ.P. 33(a)

    ____ Maximum of ___ by each party to any other party.

    Responses due in ___ days.

2. Requests for Admissions.

    __x_ No change from F.R.Civ.P. 36(a)

    ____ Maximum of ___ requests.

    Responses due in ___ days.

3. Depositions.

    __x_ No change from F.R.Civ.P. 36(a), (d).

    ____ Maximum of ___ depositions by each party.

    Depositions not to exceed ___ hours unless greed to by all parties.

D. Reports from retained experts.

    __x_ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    ____ Reports due:

E. Supplementation of disclosures and discovery response are to be made:

    ____ Periodically at 60-day intervals from the entry of scheduling and planning order.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S  
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 4

Bullivant|Houser|Bailey PC  
1601 Fifth Avenue, Suite 2300  
Seattle, Washington 98101-1618  
Telephone: 206.292.8930

    _x_ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    _x_ 45 days prior to close of discovery.

    ____ Not later than (*insert date*)

5. **Pretrial Motions.**

    _x_ No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply.]

    ____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    ____ Motions under the discovery rules must be filed not later than (*insert date*).

    ____ Motions in limine and dispostive motions must be filed not later than (*insert date*).

6. **Other Provisions:**

   A. ____ The parties do not request a conference with the court before the entry of the scheduling order.

      _x_ The parties request a scheduling conference with the court on the following issue(s):

      Plantiff's failure to participate

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT
Page 5
Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

__x_ Assuming this matter is not dismissed, AAIC will file a request for alternative dispute resolution not later than (*insert date*).

__x_ Mediation        ____ Early Neutral Evaluation

C. The parties ___do _x_ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

____ All parties have complied        ____ Compliance not required by any party

7. **Trial.**

A. The matter will be ready for trial:

__x_ 45 days after the discovery close date.

____ not later than (*insert date*).

B. This matter is expected to take _3_ days to try.

C. Jury Demand ___Yes _x_ No

   Right to jury trial disputed? ___Yes ___ No

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 6

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  DATED this 19th day of June, 2006.

2                                            BULLIVANT HOUSER BAILEY PC

3

4

5                                     By: _____/s_____

6                                     J. DINO VASQUEZ

                                     Alaska Bar No. 0111083
7                                      Bullivant Houser Bailey PC
                                     1601 Fifth Avenue, Suite 2300
8                                      Seattle, WA  98101-1618
                                     dino.vasquez@bullivant.com
9                                      Telephone:      (206) 292-8930
                                     Facsimile:        (206) 386-5130
10

11                                     GASCOU HOPKINS LLP

12

13

14                                   By: _J. Dino Vasquez for_____
                                     RENÉ J. GASCOU, JR.
15                                      *Pro Hac Vice Application Pending*

16                                     Gascou Hopkins LLP
                                     10990 Wilshire Blvd., Ste. 1280
17                                     Los Angeles, CA  90024
                                     rgascou@gascouhopkins.com
18                                     Telephone:  (310) 445-1816
                                     Facsimile:  (310) 445-1886
19

20                                     Attorneys for Defendant American
                                     Automobile Insurance Company
21

22

23

24

25

26

AMERICAN AUTOMOBILE INSURANCE COMPANY'S           Page 7      Bullivant|Houser|Bailey PC
SCHEDULING AND PLANNING CONFERENCE REPORT                                     1601 Fifth Avenue, Suite 2300
                                                                                                                                                                                                                                                                                                                                                                                                                                            Seattle, Washington  98101-1618
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Julia M.I. Holden
Oles Morrison Rinker & Baker
745 W 4th Ave., Ste. 502
Anchorage, AK 99501

_____
Kimberly A. Fergin

3496123.1

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 8

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930