1  J. DINO VASQUEZ
   Alaska Bar No. 0111083
2  Bullivant Houser Bailey PC
   1601 Fifth Avenue, Suite 2300
3  Seattle, Washington 98101-1618
   Telephone: 206.292.8930
4  Facsimile: 206.386.5130

5
   RENÉ J. GASCOU
6  *Pro Hac Vice Application Pending*
   Gascou Hopkins LLP
7  10990 Wilshire Blvd., Ste. 1280
8  Los Angeles, CA 90024
   rgascou@gascouhopkins.com
9  Telephone: (310) 445-1816
   Facsimile: (310) 445-1886
10
11                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ALASKA
12
   STATE OF ALASKA for the use And benefit
13 of MACDONALD MILLER ALASKA,
   INC., an Alaska corporation,,              No.: 3:06-cv-00114 TMB
14                                            Judge Burgess
                     Plaintiff,
15
          v.
16                                            AMERICAN AUTOMOBILE
                                             INSURANCE COMPANY'S
17 AMERICAN AUTOMOBILE INSURANCE            SCHEDULING AND PLANNING
   COMPANY, Under Bond No. SCR 111 4161     CONFERENCE REPORT
18 5747,

19                   Defendant.

20
21 1.     **Meeting**.   In accordance with F.R.Civ.P. 26(f), counsel for American Automobile

22 Insurance Company ("AAIC") attempted to arrange a meeting with counsel for plaintiff.

23 AAIC placed telephone calls to Julia Holden on June 12, 16 and wrote e-mails on June 8,

24 2006. None were returned.

25
26        AAIC recommends the following:

AMERICAN AUTOMOBILE INSURANCE COMPANY'S          Page 1       **Bullivant|Houser|Bailey PC**
SCHEDULING AND PLANNING CONFERENCE REPORT                     1601 Fifth Avenue, Suite 2300
                                                             Seattle, Washington 98101-1618
                                                             Telephone: 206.292.8930

2.    **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

_____ have been exchanged by the parties

__x_ will be exchanged by the parties by: *Date unknown*—defense counsel has been

unable to contact plaintiff's counsel despite several attempts.

Proposed changes to disclosure requirements: *None.*

Preliminary witness lists

_____ have been exchanged by the parties

__x_ will be exchanged by the parties by: *Date unknown*—defense counsel has been

unable to contact plaintiff's counsel despite several attempts.

3.    **Contested Issues of Fact and Law.**  Preliminarily, AAIC expects the following issues of fact and/or law to be presented to the court at trial in this matter:

1.    Whether MacDonald Miller's complaint violates AS § 36.25. 020(c) of the Alaska Statues in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

2.    MacDonald Miller's negligence and defective work.

3.    MacDonald Miller's failure to comply with the terms of the construction contracts between MacDonald Miller and the State of Alaska, and International Steel.

4.    Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown dba International Steel.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

5.  Whether MacDonald Miller has satisfied conditions precedent to AAIC's payment bond obligations.

4.    **Discovery Plan.**  In the absence of plaintiff's cooperation, AAIC proposes to the court the following discovery plan.

A.  Discovery will be needed on the following issues:

1.  Whether MacDonald Miller's complaint violates AS § 36.25. 020(c) of the Alaska Statues in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

2.  MacDonald Miller's negligence and defective work.

3.  MacDonald Miller's failure to comply with the terms of the construction contracts between MacDonald Miller and the State of Alaska, and International Steel.

4.  Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown dba International Steel.

5.  Whether MacDonald Miller has satisfied conditions precedent to AAIC's payment bond obligations.

B.  All discovery commenced in time to be completed by ("discovery close date"): *Date unknown*—defense counsel has been unable to contact plaintiff's counsel despite several attempts.

C.  Limitations on Discovery.

1.  Interrogatories.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 3

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

__x__ No change from F.R.Civ.P. 33(a)

____ Maximum of ___ by each party to any other party.

Responses due in ___ days.

2. Requests for Admissions.

__x__ No change from F.R.Civ.P. 36(a)

____ Maximum of ___ requests.

Responses due in ___ days.

3. Depositions.

__x__ No change from F.R.Civ.P. 36(a), (d).

____ Maximum of ___ depositions by each party.

Depositions not to exceed ____ hours unless greed to by all parties.

D. Reports from retained experts.

__x__ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

____ Reports due:

E. Supplementation of disclosures and discovery response are to be made:

____ Periodically at 60-day intervals from the entry of scheduling and planning order.

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 4

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

__x__  As new information is acquired, but not later than 60 days before the close

of discovery.

F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish

to call at trial, will be due:

__x__  45 days prior to close of discovery.

_____  Not later than (*insert date*)

5.     **Pretrial Motions.**

__x__  No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply.]

_____  Motions to amend pleadings or add parties to be filed not later than (*insert date*).

_____  Motions under the discovery rules must be filed not later than (*insert date*).

_____  Motions in limine and dispositive motions must be filed not later than (*insert*

*date*).

6.     **Other Provisions:**

A.  _____  The parties do not request a conference with the court before the entry of the

scheduling order.

__x__  The parties request a scheduling conference with the court on the following

issue(s):

Plantiff's failure to participate

B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 5

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

_____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

__x__ Assuming this matter is not dismissed, AAIC will file a request for alternative dispute resolution not later than (*insert date*).

__x__ Mediation                    _____ Early Neutral Evaluation

C. The parties ___do _x_not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

_____ All parties have complied      _____ Compliance not required by any party

7.  **Trial.**

A.  The matter will be ready for trial:

__x__ 45 days after the discovery close date.

_____ not later than (*insert date*).

B.  This matter is expected to take _3_ days to try.

C.  Jury Demand ___Yes _x_ No

Right to jury trial disputed? ___Yes ___ No

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 6

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  DATED this 19th day of June, 2006.

2                                    BULLIVANT HOUSER BAILEY PC

3

4

5                                    By: _____/s_____

6  J. DINO VASQUEZ

   Alaska Bar No. 0111083
7  Bullivant Houser Bailey PC
   1601 Fifth Avenue, Suite 2300
8  Seattle, WA 98101-1618
   dino.vasquez@bullivant.com
9  Telephone:    (206) 292-8930
   Facsimile:    (206) 386-5130
10

11 GASCOU HOPKINS LLP

12

13

14 By: _____

15 RENÉ J. GASCOU, JR.

   *Pro Hac Vice Application Pending*
16 Gascou Hopkins LLP
   10990 Wilshire Blvd., Ste. 1280
17 Los Angeles, CA 90024
   rgascou@gascouhopkins.com
18 Telephone: (310) 445-1816
   Facsimile: (310) 445-1886
19

20 Attorneys for Defendant American
   Automobile Insurance Company
21

22

23

24

25

26

1

2
**CERTIFICATE OF SERVICE**

3
I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using

4
the CM/ECF system which will send notification of such filing to the persons listed below:

5
Julia M.I. Holden
Oles Morrison Rinker & Baker

6
745 W 4th Ave., Ste. 502
Anchorage, AK  99501

7

8
_____
Kimberly A. Tergin

3496123.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 8

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930