DATED this 19th day of June, 2006.

                      BULLIVANT HOUSER BAILEY PC

By:     /s J. Dino Vasquez
J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone: (206) 292-8930
Facsimile: (206) 386-5130

GASCOU HOPKINS LLP

By: /s   J. Dino Vasquez/ for
RENÉ J. GASCOU, JR.

*Pro Hac Vice Application Pending*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
Telephone: (310) 445-1816
Facsimile: (310) 445-1886

Attorneys for Defendant American Automobile Insurance Company

AMERICAN AUTOMOBILE INSURANCE COMPANY'S
SCHEDULING AND PLANNING CONFERENCE REPORT

Page 7

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930