Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
holden@oles.com
Ph.:    (907) 258-0106
Fax:    (907) 258-5519
        Attorneys for MacDonald Miller Alaska, Inc.

J. Dino Vasquez, Esq.
Bullivant Houser Bailey PC
1601 5th Avenue, Suite 2300
Seattle, WA 98101- 1618
dino.Vasquez@bullivant.com
Ph.:    (206) 521-6426
Fax:    (206) 386-5130

Rene J. Gascou, Jr. Esq.
Gascou & Hopkins, LLP
10990 Wilshire Boulevard, Suite 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
Ph.:    (310) 445-1816
Fax:    (310) 445-1886

Attorneys for American Automobile Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 3:06-cv-00114-TMB |
| vs | ) ) | |
| AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 5747, | ) ) ) ) | |
| Defendant. | ) ) | JOINT SCHEDULING AND PLANNING CONFERENCE REPORT |

[Rev. 07/04]

1.    **Meeting**.  In accordance with F.R.Civ.P. 26(f), a meeting was held on July 27, 2006, and the following parties participated electronically:

Julia M. I. Holden, attorney for use-plaintiff MacDonald Miller Alaska, Inc.

Dino Vasquez, attorney for defendant American Automobile Insurance Co.

René J. Gascou, Jr., attorney for defendant American Automobile Insurance Co.

The parties recommend the following:

2.    **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_\_    have been exchanged by the parties

    \_\_X\_\_    will be exchanged by the parties by August 30, 2006.

Proposed changes to disclosure requirements:  None.

Preliminary witness lists

    \_\_\_\_\_    have been exchanged by the parties

    \_\_X\_\_    will be exchanged by the parties by August 30, 2006.

3.    **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

1.  Whether American Insurance owes MacDonald Miller for unpaid amounts MacDonald Miller earned under the contract with International Steel;

2.  Whether MacDonald Miller's complaint violates AS 36.25.020(c) in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

3.  Whether MacDonald Miller's work was negligent and defective.

4.  Whether MacDonald Miller failed to comply with the terms of the construction contracts involving MacDonald Miller and the State of Alaska and International Steel.

    5.    Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown d/b/a International Steel.

    6.    Whether MacDonald Miller has satisfied all conditions to AAIC's payment bond obligations.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

    1.    Whether American Insurance owes MacDonald Miller for unpaid amounts MacDonald Miller earned under the contract with International Steel;

    2.    Whether MacDonald Miller's complaint violates AS 36.25.020(c) in that this suit was filed after the expiration of one year after the date of final settlement of the contract.

    3.    Whether MacDonald Miller's work was negligent and defective.

    4.    Whether MacDonald Miller failed to comply with the terms of the construction contracts involving MacDonald Miller and the State of Alaska and International Steel.

    5.    Whether subcontractor MacDonald Miller's claim has been paid and satisfied, in whole or in part, by general contractor E. Brown d/b/a International Steel.

    6.    Whether MacDonald Miller has satisfied all conditions to AAIC's payment bond obligations.

    B.    All discovery commenced in time to be completed by February 26, 2007 ("discovery close date").

    C.    Limitations on Discovery.

        1.    Interrogatories

            __X__    No change from F.R.Civ.P. 33(a)

            _____    Maximum of _____ by each party to any other party.

        Responses due in ____ days.

2.     Requests for Admissions.

        __X__    No change from F.R.Civ.P. 36(a)

        _____    Maximum of _____ requests.

        Responses due in ____ days.

3.     Depositions.

        __X__    No change from F.R.Civ.P. 36(a), (d).

        _____    Maximum of _____ depositions by each party.

        Depositions not to exceed ___ hours unless agreed to by all parties..

D.     Reports from retained experts.

    __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    _____ Reports due:

    From plaintiff (*insert date*) From defendant (*insert date*)

E.     Supplementation of disclosures and discovery responses are to be made:

    _____ Periodically at 60-day intervals from the entry of scheduling and planning order.

    __X__ As new information is acquired, but not later than 60 days before the close of discovery.

F.     A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __X__ 45 days prior to the close of discovery.

    _____ Not later than (*insert date*)

5. **Pretrial Motions**.

   X   No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

_____ Motions under the discovery rules must be filed not later than (*insert date*).

_____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

  A.   X   The parties do not request a conference with the court before the entry of the scheduling order.

_____ The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

  B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

_____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

X_____ The parties will file a request for alternative dispute resolution not later than February 26, 2007,

   X   Mediation   _____ Early Neutral Evaluation

  C.  The parties do not consent to trial before a magistrate judge.

  D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   X   All parties have complied   _____ Compliance not required by any party

7. **Trial**.

  A.  The matter will be ready for trial:

      __ X __  45 days after the discovery close date.

      _____  not later than (*insert date*).

B.    This matter is expected to take __ 3 __ days to try.

C.    Jury Demanded    _____ Yes   __ X __ No

      Right to jury trial disputed?   _____ Yes   _____ No

Dated: July 28, 2006

OLES MORRISON RINKER & BAKER LLP
Attorneys for MacDonald Miller Alaska, Inc.
By: /s Julia M. I. Holden
      Julia M. I. Holden
      holden@oles.com
      Alaska Bar No. 0310046
      745 West 4th Avenue, Suite 502
      Anchorage, AK 99501
      Phone: (907) 258-0106
      Fax: (907) 258-5519

Dated: July 28, 2006

BULLIVANT HOUSER BAILEY PC
Attorneys for American Automobile Insurance Company
By: /s J. Dino Vasquez (consent)
      J. Dino Vasquez
      dino.vasquez@bullivant.com
      Alaska Bar No. 0111083
      1601 Fifth Avenue, Suite 230
      Seattle, WA 98101-1618
      Phone: (206) 292-8930
      Fax: (206) 386-5130

Dated: July 28, 2006

GASCOU HOPKINS LLP
Attorneys for American Automobile Insurance Company
By: /s René J. Gascou, Jr. (consent)
      René J. Gascou, Jr.
      rgascou@gascouhopkins.com
      Pro Hac Vice
      10990 Wilshire Blvd., Suite 1280
      Los Angeles, CA 90024
      Phone: (310) 445-1816
      Fax: (310) 445-1886

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2006, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024

OLES MORRISON RINKER & BAKER LLP

By: s/ Julia M. I. Holden