Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD, MILLER ALASKA, INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747,<br><br>　　　　Defendant. | Case No. 3:06-cv-00114-TMB<br><br><u>PROPOSED</u><br><u>ORDER EXTENDING</u><br><u>PRELIMINARY DISCLOSURE</u><br><u>DEADLINE</u> |

　　　Use-plaintiff and defendant having jointly moved to extend the deadline for preliminary disclosures, and the court being fully advised,

1   IT IS ORDERED that preliminary disclosures, including
2   preliminary witness lists, are due September 29, 2006.

5   DATED: _____
    Timothy M. Burgess
6   Judge of the U.S. District Court

8   P-JMH 005 ORD extend prel disc 081806 113580002

    CERTIFICATE OF SERVICE

10  I hereby certify that on this 18th day of
11  August, 2006, a true and correct copy of
    the foregoing was served electronically
12  on:

13  J. Dino Vasquez
    Bullivant Houser Bailey PC
14  dino.vasquez@bullivant.com
    1601 Fifth Ave., Ste. 2300
15  Seattle, WA 98101-1618

16  René J. Gascou
    Gascou Hopkins LLP
17  rgascou@gascouhopkins.com
    10990 Wilshire Blvd., Ste. 1280
18  Los Angeles, CA 90024

19  OLES MORRISON RINKER & BAKER LLP

20  By: s/Julia M. I. Holden

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Proposed Order Extending
Preliminary Disclosure Deadline -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519