Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., and Alaska corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>    Defendants. | Case No. 3:06-cv-00114-TMB<br><br><u>JOINT MOTION TO EXTEND DISCOVERY DEADLINE</u> |

Use-plaintiff MacDonald Miller Alaska, Inc. ("MacDonald Miller") and defendant American Automobile Insurance Company, by and through their respective counsel of record, move to extend the deadline for close of discovery by sixty days, from February 26, 2007, to April 27, 2007. The parties request this extension to allow them to continue their attempts to

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

resolve the issues between them and reach an amicable settlement.

| | |
|---|---|
| Dated: February 22, 2007 | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for MacDonald Miller Alaska Inc.<br>By: /s Julia M. I. Holden<br>    Julia M. I. Holden<br>    holden@oles.com<br>    Alaska Bar No. 0310046<br>    745 West 4th Avenue, Suite 502<br>    Anchorage, AK 99501<br>    Phone: (907) 258-0106<br>    Fax:   (907) 258-5519 |
| Dated: February 22, 2007 | BULLIVANT HOUSER BAILEY PC<br>Attorneys for American Automobile Insurance Company<br>By: /s J. Dino Vasquez (consent)<br>    J. Dino Vasquez<br>    dino.vasquez@bullivant.com<br>    Alaska Bar No. 0111083<br>    1601 Fifth Avenue, Suite 230<br>    Seattle, WA 98101-1618<br>    Phone: (206) 292-8930<br>    Fax:   (206) 386-5130 |
| Dated: February 22, 2007 | GASCOU HOPKINS LLP<br>Attorneys for American Automobile Insurance Company<br>By:/s René J. Gascou, Jr.(consent)<br>    René J. Gascou, Jr.<br>    rgascou@gascouhopkins.com<br>    Pro Hac Vice<br>    10990 Wilshire Blvd., Ste 1280<br>    Los Angeles, CA 90024<br>    Phone: (310) 445-1816<br>    Fax:   (310) 445-1886 |

P-JMH 008 MOT-joint extend discovery 022207 113580002

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Joint Motion to Extend Discovery Deadline -- Page 2 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc. v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Joint Motion to Extend Discovery Deadline -- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519