Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA for the use and )
benefit of MACDONALD MILLER )
ALASKA INC., and Alaska )
corporation, )
                                )  Case No. 3:06-cv-00114-TMB
          Plaintiff,            )
                                )
     vs.                        )
                                )  PROPOSED ORDER EXTENDING
AMERICAN AUTOMOBILE INSURANCE   )  DISCOVERY DEADLINE
COMPANY, under Bond No.         )
SCR 111 4161 4747,              )
                                )
          Defendants.           )
_____)

          Use-plaintiff and defendant having jointly moved to

extend the deadline for discovery, and the court being fully

advised,

          IT IS ORDERED that close of discovery is extended from

February 26, 2007, to April 27, 2007.


DATED:_____

                              _____
                              Timothy M. Burgess
                              Judge of the U.S. District Court

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

1

2   P-JMH 008 ORDER-extend discovery 022207 113580002

3              CERTIFICATE OF SERVICE

4   I hereby certify that on this 22nd day of
    February, 2007, a true and correct copy
5   of the foregoing was served
    electronically on:

6
    J. Dino Vasquez
7   Bullivant Houser Bailey PC
    dino.vasquez@bullivant.com
8   1601 Fifth Ave., Ste. 2300
    Seattle, WA 98101-1618

9   René J. Gascou
    Gascou Hopkins LLP
10  rgascou@gascouhopkins.com
    10990 Wilshire Blvd., Ste. 1280
11  Los Angeles, CA 90024

    OLES MORRISON RINKER & BAKER LLP
12
    By: s/Julia M. I. Holden
13

14

15

16

17

18

19

20

21

22

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Proposed Order Extending Discovery Deadline -- Page 2 of 2