Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>　　　　Defendants. | Case No. 3:06-cv-00114-TMB |

STATUS REPORT

MacDonald Miller Alaska Inc., by and through its attorneys record Oles Morrison Rinker & Baker LLP, reports that the parties have reached a settlement in this matter and are in the process of finalizing that agreement.  Once that is complete, the parties will file a stipulation for dismissal with prejudice, the parties anticipate being able to do so in the next 3 weeks.

| | |
|---|---|
| Dated:  June 25, 2007 | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for MacDonald Miller Alaska Inc. |
| | By: _s/ Julia M. I. Holden_<br>Julia M. I. Holden<br>holden@oles.com<br>Alaska Bar No. 0310046<br>745 West 4th Avenue, Suite 502<br>Anchorage, AK 99501<br>Phone: (907) 258-0106<br>Fax:   (907) 258-5519 |

P-JMH 010 REPORT status 062507 113580002

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024

OLES MORRISON RINKER & BAKER LLP

By:_s/Julia M. I. Holden_

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Status report-- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519