J. DINO VASQUEZ
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
dino.vasquez@bullivant.com
Telephone:    (206) 292-8930
Facsimile:    (206) 386-5130

René J. Gascou
Christian J. Gascou
*Pro Hac Vice*
Gascou Hopkins LLP
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024
rgascou@gascouhopkins.com
cgascou@gascouhopkins.com
Telephone: (310) 445-1856
Facsimile: (310) 445-1886

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, Under Bond No. SCR 111 4161 5747<br><br>　　　　　　Defendant. | No. 3:06-cv-00114-TMB<br>**Judge Burgess**<br><br>**NOTICE OF WITHDRAW AND SUBSTITUTION OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that the firm of Bullivant Houser Bailey hereby withdraws as attorneys for defendant in the above-captioned lawsuit and consents to the substitution of J. Dino Vasquez of the firm of Karr Tuttle Campbell. All future papers, pleadings, and

NOTICE OF WITHDRAW AND SUBSTITUTION OF COUNSEL　　　　Page 1

correspondence should be directed to said attorney at the following address:

    J. Dino Vasquez, Alaska Bar No. 0111083
    Karr Tuttle Campbell
    1201 3rd Ave., Ste. 2900
    Seattle, WA 98101
    Phone: 206.223.1313
    Fax: 206.682.7100
    dvasquez@karrtuttle.com

This Notice of Withdrawal and Substitution of Counsel will be effective July 2, 2007 without further notice.

DATED this 22nd day of May, 2006.

**WITHDRAWING AND SUBSTITUTING ATTORNEY:**

By _____
J. Dino Vasquez, Alaska Bar No. 0111083
E-Mail: dino.Vasquez@bullivant.com

Attorney for AAIC American Automobile Insurance Company

Case 3:06-cv-00114-TMB   Document 26   Filed 06/26/2007   Page 2 of 3

correspondence should be directed to said attorney at the following address:

    J. Dino Vasquez, Alaska Bar No. 0111083
    Karr Tuttle Campbell
    1201 3rd Ave., Ste. 2900
    Seattle, WA 98101
    Phone: 206.223.1313
    Fax: 206.682.7100
    dvasquez@karrtuttle.com

This Notice of Withdrawal and Substitution of Counsel will be effective July 2, 2007 without further notice.

DATED this 22nd day of May, 2006.

**WITHDRAWING AND SUBSTITUTING ATTORNEY:**

By _____
J. Dino Vasquez, Alaska Bar No. 0111083
E-Mail: dino.Vasquez@bullivant.com

Attorney for AAIC American Automobile Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on 6/28/07 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Julia M.I. Holden
Oles Morrison Rinker & Baker
745 W 4th Ave., Ste. 502
Anchorage, AK 99501

_____
Kimberly A. Fergin

3492805.1