Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., and Alaska corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>    Defendants. | Case No. 3:06-cv-00114-TMB<br><br>STATUS REPORT |

MacDonald Miller Alaska Inc., by and through its attorneys of record Oles Morrison Rinker & Baker LLP, reports that the parties are still in the process of negotiating final terms to the settlement agreement referenced in the parties' status report of June 25, 2007.

Discussions regarding the remaining terms to be decided are ongoing. The parties anticipate reaching final

agreement with regard to all settlement terms within the next 30 days.

Dated:  August 13, 2007   OLES MORRISON RINKER & BAKER LLP
Attorneys for MacDonald Miller Alaska Inc.

By:  s/Julia M. I. Holden
Julia M. I. Holden
holden@oles.com
Alaska Bar No. 0310046
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax:   (907) 258-5519

P-BJW 011 REPORT Status 081307 113580002

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2007, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.
v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Status Report-- Page 2 of 2