Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:  (907) 258-0106
Fax:  (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., and Alaska corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>          Defendants. | Case No. 3:06-cv-00114-TMB<br><br>JOINT STATUS REPORT |

Use-plaintiff MacDonald Miller Alaska, Inc. ("MacDonald Miller") and defendant American Automobile Insurance Company, by and through their respective counsel of record, report that the parties are attempting to negotiate a global settlement of the matters underlying this case.  The contemplated settlement will involve individuals who are not parties to this litigation, and both parties to this litigation request an additional 30 days stay in which to pursue these negotiations.

| | |
|---|---|
| Dated: October 1, 2007 | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for MacDonald Miller Alaska Inc.<br><br>By: s/Julia M. I. Holden<br>    Julia M. I. Holden<br>    holden@oles.com<br>    Alaska Bar No. 0310046<br>    745 West 4th Avenue, Suite 502<br>    Anchorage, AK 99501<br>    Phone: (907) 258-0106<br>    Fax:  (907) 258-5519 |
| Dated: October 1, 2007 | GASCOU HOPKINS LLP<br>Attorneys for American Automobile<br>    Insurance Company<br><br>By:/s René J. Gascou, Jr.(consent)<br>    René J. Gascou, Jr.<br>    rgascou@gascouhopkins.com<br>    Pro Hac Vice<br>    10990 Wilshire Blvd., Ste 1280<br>    Los Angeles, CA 90024<br>    Phone: (310) 445-1816<br>    Fax:  (310) 445-1886 |

P-JMIH 012 REPORT status 100107 113580002

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2007, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
10990 Wilshire Blvd., Ste. 1280
Los Angeles, CA 90024

OLES MORRISON RINKER & BAKER LLP

By: _s/Julia M. I. Holden_____