MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC.,*
*v.*
*AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747*

Case No. 3:06-cv-0114 TMB

By:     THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

     This case was removed to federal court on May 16, 2006.  On August 8, 2006, a Scheduling and Planning Order was entered with required Preliminary Disclosures by August 30, 2006 and that Discovery be completed by February 26, 2007.

     Upon request of the parties, the Preliminary Disclosure deadline was extended on August 21, 2007.  On February 23, 2007, the Court again granted a joint request of the parties to extend the discovery deadline in this case so the parties could pursue settlement. Discovery was extended to April 27, 2007 and the motions deadline to May 27, 2007.

     On June 8, 2007, the Court ordered a Certification of Readiness for Trial. On June 25, 2007, Plaintiff's counsel filed a status report stating that the parties had reached settlement and anticipated filing a stipulation for dismissal within three weeks.  The Court accepted the Status Report and ordered that a Stipulation for Dismissal or other closing documents be filed by July 31, 2007.  Nothing was filed by that deadline. On August 13, 2007, Plaintiff filed another Status Report indicating settlement negotiations were in fact still ongoing, and "[t]he parties anticipate reaching final agreement with regard to the settlement terms within the next 30 days."

     The Court accepted the Status Report on August 14, 2007 and once again ordered  that a Stipulation for Dismissal or other closing documents be filed by September 30, 2007.

     All of this leads to the most recent Status Report filed by Plaintiff on October 1, 2007, which again appears to a request to stay this matter for another 30 days.  That request is **DENIED**.

**IT IS HEREBY ORDERED:** The parties shall, on or before October 16, 2007, confer and submit a proposed Revised Scheduling and Planning Report.  While the Court is encouraged that the parties are trying to resolve this matter, this case must move forward.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  October 3, 2007