| | |
|---|---|
| 1 | René J. Gascou |
| | Gascou Hopkins LLP |
| 2 | 1801 Avenue of the Stars Suite 230 |
| | Los Angeles, CA 90067 |
| 3 | rgascou@gascouhopkins.com |
| | Telephone: (310) 785-9116 |
| 4 | Facsimile: (310) 785-9149 |

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation, | No. 3:06-cv-00114-TMB<br>**Judge Burgess** |
| Plaintiff, | NOTICE OF FIRM CHANGE OF ADDRESS |
| v. | |
| AMERICAN AUTOMOBILE INSURANCE COMPANY | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND ALL ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that effective **November 1, 2007** the new address for the law firm of GASCOU HOPKINS LLP will be as follows:

> 1801 Avenue of the Stars Suite 230
> Los Angeles, CA 90067
> Telephone: (310) 785-9116
> Facsimile: (310) 785-9149

Please note that the telephone and facsimile numbers have changed, but e-mail addresses remain the same.

Dated: November 15, 2007     GASCOU HOPKINS LLP

/s/ RENÉ J. GASCOU

Attorneys for American Automobile Insurance Company

NOTICE OF FIRM CHANGE OF ADDRESS                                     - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2007, a true and correct copy of the foregoing was served electronically on:

J. DINO VASQUEZ
Alaska Bar No. 0111083
Karr Tuttle Campbell
1201 3rd Avenue Suite 2900
Seattle, WA 98101
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
E-mail: dvasquez@karrtuttle.com

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Telephone: (907) 258-0106
Facsimile: (907) 258-5519
E-mail: Holden@oles.com


By: /s/ Julia Jung