Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>    Defendants. | Case No. 3:06-cv-00114-TMB<br><br>UNOPPOSED MOTION AND MEMORANDUM FOR IMMEDIATE SETTLEMENT CONFERENCE |

Plaintiff MacDonald Miller Alaska Inc., by and through its counsel of record Oles Morrison Rinker & Baker LLP, submits this unopposed motion for a settlement conference.  All parties and counsel will be available on Wednesday, January 16, 2008, and hereby request, if at all possible, that a settlement conference be held before Judge Sedwick.  Counsel has consulted with Judge Sedwick's chamber and been advised he is available to participate.  This request is being made concurrently in Case No. 3:07-cv-0149 JWS, *Fireman's Fund Insurance Co. v. Edward M. Brown et al*.  Undersigned

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB