Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>    Defendants. | Case No. 3:06-cv-00114-TMB<br><br>PROPOSED ORDER FOR IMMEDIATE SETTLEMENT CONFERENCE |

    Use-plaintiff having moved for an immediate settlement conference, and there being no opposition thereto,

    IT IS ORDERED that a settlement conference will be held in this matter on January 16, 2008, at _____ am, before Judge Sedwick.

DATED:_____

                                         Timothy M. Burgess
                                         Judge of the U.S. District Court

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB