Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:  (907) 258-0106
Fax:  (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>        Defendants. | Case No. 3:06-cv-00114-TMB<br><br>REQUEST FOR STAY |

Come now the parties, jointly, to provide a status update and request a brief continuance. The parties attended a settlement conference before Judge Sedwick on Wednesday, January 16, 2008. As a result, there is an agreement to continue working over the next ten days to try to resolve this matter. Accordingly, the parties request a ten day stay of this matter to allow those settlement discussions to continue.

| | | |
|---|---|---|
| 1 | Dated: January 17, 2008 | OLES MORRISON RINKER & BAKER LLP |
| 2 | | Attorneys for MacDonald Miller Alaska Inc. |

By:   /s Julia M. I. Holden
Julia M. I. Holden
holden@oles.com
Alaska Bar No. 0310046
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519

Dated: January 17, 2008       KARR TUTTLE CAMPBELL
Attorneys for American Automobile
Insurance Company

By:   /s J. Dino Vasquez (consent)
J. Dino Vasquez
dvasquez@karrtuttle.com
Alaska Bar No. 0111083
1201 Third Avenue, Suite 2900
Seattle, WA 98101
Phone: (206) 233-1313
Fax: (206) 682-7100

Dated: January 17, 2008       GASCOU HOPKINS LLP
Attorneys for American Automobile
Insurance Company

By:  /s René J. Gascou, Jr. (consent)
René J. Gascou, Jr.
rgascou@gascouhopkins.com
Pro Hac Vice
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067
Phone: (310) 785-9116
Fax: (310) 785-9149

P-JMH 019 REQ stay 011708 113580002

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Request for Stay -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2008, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Karr Tuttle Campbell
dvasquez@karrtuttle.com
1201 Third Avenue, Suite 2900
Seattle, WA 98101

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067

OLES MORRISON RINKER & BAKER LLP

By: /s Julia M. I. Holden

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.
v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Request for Stay -- Page 3 of 3