Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>　　　　　Defendants. | Case No. 3:06-cv-00114-TMB<br><br>JOINT STATUS REPORT |

Come now the parties, by and through their attorneys of record, and request that this court allow them an additional 30 days to attempt to resolve this matter. It is the parties' position that a settlement was reached in the January 16 conference with Judge Sedwick; however, one of the other entities, not a party to the instant litigation, required additional time to figure out payment arrangements. The parties are still trying to make those arrangements. The other party has requested 30 days to figure that out; these parties are in agreement to do so, with the caveat that, should final arrangements not be

1 made within 15 days, the parties in this litigation intend to request a follow on settlement
2 conference before Judge Sedwick.

4 Dated: February 1, 2008         OLES MORRISON RINKER & BAKER LLP
                                  Attorneys for MacDonald Miller Alaska Inc.

6                                 By: s/Julia M. I. Holden
                                      Julia M. I. Holden
7                                     holden@oles.com
                                      Alaska Bar No. 0310046
8                                     745 West 4th Avenue, Suite 502
                                      Anchorage, AK 99501
9                                     Phone: (907) 258-0106
                                      Fax:  (907) 258-5519

11 Dated: February 1, 2008        GASCOU HOPKINS LLP
                                  Attorneys for American Automobile
12                                    Insurance Company

13                                By:/s René J. Gascou, Jr.(consent)
                                     René J. Gascou, Jr.
14                                   rgascou@gascouhopkins.com
                                     Pro Hac Vice
15                                   1801 Avenue of the Stars Suite 230
                                     Los Angeles, CA 90067
16                                   Phone: (310) 785-9116
                                     Fax:  (310) 785-9149

19 P-JMH 020 REP status 020108 113580002

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Joint Status Report – Page 2 of 3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of February, 2008, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Karr Tuttle Campbell
dvasquez@karrtuttle.com
1201 Third Avenue, Suite 2900
Seattle, WA 98101

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067

OLES MORRISON RINKER & BAKER LLP

By:_____s/Julia M. I. Holden_____

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
Joint Status Report – Page 3 of 3