Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>　　　　　Defendants. | Case No. 3:06-cv-00114-TMB<br><br>JOINT NOTICE TO COURT REGARDING SETTLEMENT |
|---|---|

Plaintiff, MacDonald Miller Alaska, Inc. ("MMA"), by and through its attorneys of record Oles Morrison Rinker & Baker LLP, gives notice to the court that the parties have reached a settlement and are in the process of drafting settlement documents and anticipate the documents being finalized in the next two weeks. There are other parties to this settlement which are not parties to this case.

| | | |
|---|---|---|
| 1 | Dated:  March 4, 2008 | OLES MORRISON RINKER & BAKER LLP |
| 2 | | Attorneys for Neeser Construction Inc. |
| 4 | | By:  s/Julia M. I. Holden |
| 5 | | Julia M. I. Holden<br>Alaska Bar No. 0310046 |
| 7 | Dated:  March 4, 2008 | GASCOU HOPKINS LLP<br>Attorneys for |
| 10 | | By:  s/Christian Gascou(consent)<br>Christian Gascou<br>California Bar No. _____ |

P-JMH NOT re settlement 030408 113580002.doc

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of March, 2008, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Karr Tuttle Campbell
dvasquez@karrtuttle.com
1201 Third Avenue, Suite 2900
Seattle, WA 98101

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067

OLES MORRISON RINKER & BAKER LLP

By:_____

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*
Case No. 3:06-cv-00114-TMB
JOINT Notice to Court Regarding settlement – Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel.: (907) 258-0106   Fax.: (907) 258-5519