# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Julia Holden  
745 West 4th Avenue, Suite 502  
Anchorage, AK 99501

Case Number: 3:06-cv-00114-TMB  
Case Title: McDonald Miller v American Automobile  
Docket No: 44

Document Title: Joint Notice To Court Regarding Settlement

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

___OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

********************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

********************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
_XX__No proof of service on the document filed

********************************************************************************

**Comments:** In addition to the certificate of service not being signed or dated the signature blocks of the document are not in compliance with the Electronic Filing Administrative Policies and Procedures. In the future, please make sure that the signature block comply with the Administrative Policies and Procedures.

Name: Pam Richter  
Date: **March 5, 2008**