Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:    (907) 258-0106
Fax:    (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:06-cv-00114-TMB ) |
| vs. | ) CERTIFICATE OF SERVICE ) |
| AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747, | ) ) ) ) |
| Defendants. | ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2008, a true and correct copy of Joint Notice to Court Regarding Settlement docket number 44 was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

DATED: March 13, 2008

OLES MORRISON RINKER & BAKER LLP
Attorneys for MacDonald Miller Alaska, Inc.

By: s/Julia M. I. Holden
     Julia M. I. Holden
     holden@oles.com
     Alaska Bar No. 0310046
     745 West 4th Avenue, Suite 502
     Anchorage, AK 99501
     Phone: (907) 258-0106
     Fax:  (907) 258-5519

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2008, a true and correct copy of the foregoing was served electronically on:

J. Dino Vasquez
Bullivant Houser Bailey PC
dino.vasquez@bullivant.com
1601 Fifth Ave., Ste. 2300
Seattle, WA 98101-1618

René J. Gascou
Gascou Hopkins LLP
rgascou@gascouhopkins.com
1801 Avenue of the Stars Suite 230
Los Angeles, CA 90067

OLES MORRISON RINKER & BAKER LLP

By: Julia M. I. Holden

*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.,* Case No. 3:06-cv-00114-TMB
CERTIFICATE OF SERVICE – Page 2 of 2
P-JMH CERT service notice of settlement 031308 113580002.doc

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519