# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

McDONALD MILLER ALASKA, INC., "Ex Rel."   v.   AMERICAN AUTOMOBILE INSURANCE CO.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                   CASE NO.   3:06-cv-00114-TMB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 14, 2008

      It has come to the attention of the court by communication from one or more of the parties that this case may have been settled. If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff (or third-party plaintiff, as appropriate) shall, within said thirty-day period, report the status of the case to the court.

      If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

      The trial date, if any trial date has been set, is hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.

[]{IL2.WPD*Rev.12/96}