Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.:   (907) 258-0106
Fax:   (907) 258-5519

Attorneys for MacDonald Miller Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA for the use and benefit of MACDONALD MILLER ALASKA INC., an Alaska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, under Bond No. SCR 111 4161 4747,<br><br>Defendants. | Case No. 3:06-cv-00114-TMB<br><br>JOINT STATUS REPORT |

Come now the parties, jointly, by and through their attorneys of record, and submit the following status report. The parties have reached a tentative agreement subject to finalization by the State of Alaska and approval by the Bankruptcy Court in the matter of *In re E. Brown, Inc. d/b/a International Steel* (Chapter 11 Case No. 05-0072). At this point in time, we are hopeful to have final approval of the settlement documents in the next week. We will then simply be waiting for submission and approval in the Bankruptcy Court process. We would anticipate that would take around

Joint Status Report
*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*, Case No. 3:06-cv-00114-TMB                            Page 1 of 3
P-JMH REP status 052008 113580002.doc

1  30 days, although note that neither counsel in this case is the entity responsible for the

2  filing and submission of the documents for approval. We would accordingly request the

3  Court hold this case in its stay for another 45 days.

4

5  Dated: May 21, 2008                    OLES MORRISON RINKER & BAKER LLP
                                          Attorneys for MacDonald Miller Alaska Inc.
6
7                                         By:  s/Julia M. I. Holden
                                               Julia M. I. Holden
8                                              holden@oles.com
                                               Alaska Bar No. 0310046
9                                              745 West 4th Avenue, Suite 502
                                               Anchorage, AK 99501
10                                             Phone: (907) 258-0106
                                               Fax:  (907) 258-5519
11

12 Dated: May 21, 2008                    GASCOU HOPKINS LLP
                                          Attorneys for American Automobile
13                                            Insurance Company

14                                        By:/s René J. Gascou, Jr.(consent)
                                               René J. Gascou, Jr.
15                                             rgascou@gascouhopkins.com
                                               Pro Hac Vice
16                                             1801 Avenue of the Stars Suite 230
                                               Los Angeles, CA 90067
17                                             Phone: (310) 785-9116
                                               Fax:  (310) 785-9149
18

19

20

21

22

23

24

25

Joint Status Report
*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*, Case No. 3:06-cv-00114-TMB                Page 2 of 3
P-JMH REP status 052008 113580002.doc

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on this 21st day of May, 2008, a true and correct copy of the foregoing was served |
| 3 | electronically on: |
| 4 | J. Dino Vasquez<br>Karr Tuttle Campbell |
| 5 | dvasquez@karrtuttle.com<br>1201 Third Avenue, Suite 2900 |
| 6 | Seattle, WA 98101 |
| 7 | René J. Gascou<br>Gascou Hopkins LLP |
| 8 | rgascou@gascouhopkins.com<br>1801 Avenue of the Stars Suite 230<br>Los Angeles, CA 90067 |
| 9 | OLES MORRISON RINKER & BAKER LLP |
| 10 | By:_____s/Julia M. I. Holden_____ |

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Joint Status Report
*State of Alaska, ex rel. MacDonald Miller Alaska, Inc.*
*v. American Automobile Ins. Co.*, Case No. 3:06-cv-00114-TMB
P-JMH REP status 052008 113580002.doc