René J. Gascou
Christian Gascou
Gascou Hopkins LLP
1801 Avenue of the Stars Suite 230
Los Angeles, CA  90067
Telephone:  (310) 785-9116
Facsimile:  (310) 785-9149

Attorneys for American Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA for the use And benefit of MACDONALD MILLER ALASKA, INC., an Alaska corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY<br>              Defendant. | No. 3:06-cv-00114-TMB<br>**Judge Burgess**<br><br>**STATUS REPORT** |

### STATUS REPORT

Defendant American Automobile Insurance Company ("AAIC") by and through their counsel of record hereby provide the Court with a status report in response to the Court's July 24, 2008 Order requesting a Status Report on or before August 8, 2008.  The parties to this dispute, as well as the other two cases underlying this litigation, have executed Settlement Agreements and appropriate closing papers.  Bankruptcy counsel for International Steel submitted the Settlement Agreements to the Bankruptcy Court for approval.  The time for filing objections to the proposed settlements has passed and no objections have been filed.  It is anticipated that an order approving the settlement agreements will be signed by the Court next

1 week. At that time, the parties will submit their Joint Motion resolving this action. The parties
2 appreciate the Court's patience during the protracted negotiations to settle this matter.

4     RESPECTFULLY SUBMITTED this 5th day of August 2008.

GASCOU HOPKINS LLP

/s/ RENÉ J. GASCOU

Attorneys for Fireman's Fund
Insurance Company
1801 Avenue of the Stars Suite 230
Los Angeles, CA  90067
rgascou@gascouhopkins.com
Telephone:  (310) 785-9116
Facsimile:  (310) 785-9149

**STATUS REPORT**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2008, a true and correct copy of the foregoing was served electronically on:

J. DINO VASQUEZ
Alaska Bar No. 0111083
Karr Tuttle Campbell
1201 3rd Avenue Suite 2900
Seattle, WA 98101
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
E-mail: dvasquez@karrtuttle.com

Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Telephone: (907) 258-0106
Facsimile: (907) 258-5519
E-mail: Holden@oles.com

<u>By: /s/ Julia Jung</u>

**STATUS REPORT**
- 3 -