## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MCDONALD MILLER ALASKA, INC.,   v.   AMERICA AUTOMOBILE INSURANCE
"Ex Rel."                             CO.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                          CASE NO.  3:06-cv-00114-TMB

 Pam Richter


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**  DATE: September 12, 2008

        The court has received a status report dated

 August 5, 2008 .  The report is accepted.

        A further status report shall be filed by counsel for

plaintiff on or before  September 26, 2008 , unless closing

papers are sooner filed.